

**United States District Court**
**Office of the Clerk**
**Eastern District of Texas**

David J. Maland
    Clerk

# F I L E D

JUL 0 1 2008    **NF**

US District Court
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, Il 60604

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

4:08cv62

Total Impact Services, Inc

v.

Office Max, Inc

Dear Clerk:

Pursuant to an order from our court, we are transferring to your district the above entitled cause of action. We are forwarding certified copies of the order of transfer, docket sheet, complaint or notice of removal, and sealed documents, if any. Sealed document # ___n/a_____.

In February 2004, the Eastern District of Texas implemented CM/ECF. You may access our electronic case file at the following web address: **https://ecf.txed.circ.dcn.** We have assigned a login and password for the district courts to use in accessing this information. The login is _____ and the password is _____.

The login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

If you need help access our electronic file call us at the number listed on the top of this letter, or the number below the deputy clerk's name, if added.

Please acknowledge receipt of these documents on the copy of this letter and return it to this office in the enclosed envelope.

                                    Sincerely,
                                    David J. Maland, Clerk

                                    By _____
                                        Deputy Clerk

Enclosures                          **08CV3748**
                                    **JUDGE ANDERSEN**
Received items described above on this date: __ **MAGISTRATE JUDGE DENLOW**
and assigned Case Number: _____

                                    Clerk, U. S. District Court
                                    By _____

**FILED**

JUL 0 1 2008 **NF.**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASREF, CLOSED

# U.S. District Court [LIVE]
## Eastern District of TEXAS (Sherman)
## CIVIL DOCKET FOR CASE #: 4:08-cv-00062-MHS-DDB
### Internal Use Only

Total Impact Services, Inc. v. Office Max Inc
Assigned to: Judge Michael H. Schneider
Referred to: Magistrate Judge Don D. Bush
Case in other court: 416th Judical District
                 Court of Collin County,
                 TX, 416-258-08
Cause: 28:1332 Diversity-Account
Receivable

Date Filed: 02/21/2008
Date Terminated: 06/25/2008
Jury Demand: None
Nature of Suit: 190 Contract:
Other
Jurisdiction: Diversity

### Plaintiff

**Total Impact
Services, Inc.**

represented by **Joseph Allen Barbknecht**
The Barbknecht Firm
The Atrium at Collin Ridge
500 N. Central Expressway
Suite 325
Plano, TX 75074
972/312-1510
Email: jbarbknecht@barbknecht.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

08CV3748
JUDGE ANDERSEN
MAGISTRATE JUDGE DENLOW

**Kristi Lynne Kautz**
The Barbknecht Firm
The Atrium at Collin Ridge
500 N. Central Expressway
Suite 325
Plano, TX 75074
972-312-1510

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

By:

Fax: 972-312-1511
Email: kkautz@barbknecht.com
*ATTORNEY TO BE NOTICED*

## V.

## **Defendant**

**Office Max Inc**            represented by **Russell Todd Brown**
Ogletree Deakins Nash Smoak &
Stewart - Dallas
8117 Preston Rd
700 Preston Commons
Dallas, TX 75225
214-987-3800
Fax: 12149873927
Email: russ.brown@odnss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Lee Hawkins**
Strasburger & Price - Frisco
2801 Network Blvd
Suite 600
Frisco, TX 75034
469-287-3921
Fax: 469-227-6581
Email:
tiffany.hawkins@strasburger.com
*TERMINATED: 05/16/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J Straub**
Ogletree Deakins Nash Smoak &
Stewart PC - Chicago
Two First National Plaza
20 South Clark Street

25th Floor
Chicago, IL 60603-2891
312/558-1220
Fax: 13128073619
Email:
matthew.straub@ogletreedeakins.com

*ATTORNEY TO BE NOTICED*

**Randolph E Ruff**
Ogletree Deakins Nash Smoak &
Stewart PC - Chicago
Two First National Plaza
20 South Clark Street
25th Floor
Chicago, IL 60603-2891
312/558-1220
Fax: 13128073619
Email:
randolph.ruff@ogletreedeakins.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/21/2008 | 1 | NOTICE OF REMOVAL by Office Max Inc from 416th Judicial District Court of Collin County, Texas, case number 416-258-08. (Filing fee $ 350 receipt number 1437876), filed by Office Max Inc. (Attachments: # 1 Errata A - List of Parties, Party Type, and Current Status of Case# 2 Exhibit B - Copy of All Process and Orders from State Court Action# 3 Exhibit C - Complete List of Attorneys Involved in the Action# 4 Exhibit D - Name and Address of the Court from which the Case is Being Removed)(Hawkins, Tiffany) (Entered: 02/21/2008) |
| 02/21/2008 | 2 | CORPORATE DISCLOSURE STATEMENT filed by Office Max Inc identifying OfficeMax Incorporated as |

| | | Corporate Parent. (Hawkins, Tiffany) (Entered: 02/21/2008) |
|---|---|---|
| 02/21/2008 | | Case Assigned to Judge Michael H. Schneider and Referred to Don D. Bush. (baf, ) (Entered: 02/22/2008) |
| 02/21/2008 | 4 | ORDER REFERRING CASE to Magistrate Judge Don D. Bush pursuant to a Standing Order. Signed by Judge Michael H. Schneider on 2/21/2008. (baf, ) (Entered: 02/22/2008) |
| 02/22/2008 | 3 | Magistrate Consent Form and Notice of Case Assignment sent electronically to Total Impact Services, Inc., Office Max Inc (Attachments: # 1 Notice of Case Assignment) (baf, ) (Entered: 02/22/2008) |
| 02/28/2008 | 5 | MOTION to Dismiss *for Failure to State a Claim and for Failure to Plead Properly and Memorandum in Support Thereof* by Office Max Inc. (Attachments: # Text of Proposed Order)(Hawkins, Tiffany) Additional attachment(s) added on 3/3/2008 (baf, ). (Entered: 02/28/2008) |
| 02/28/2008 | 6 | ANSWER to Complaint , *Specific Denials, and Defenses to the Original Petition, subject to its Motion to Dismiss for Failure to State a Claim and for Failure to Plead Properly* by Office Max Inc.(Hawkins, Tiffany) (Entered: 02/28/2008) |
| 02/29/2008 | 7 | Magistrate Consent Form and Notice of Case Assignment sent electronically to Office Max Inc (Attachments: # 1 Notice of Case Assignment) (baf, ) (Entered: 02/29/2008) |
| 03/10/2008 | 8 | MOTION to Dismiss *Without Prejudice* by Total Impact Services, Inc.. (Attachments: # 1 Text of Proposed Order)(Barbknecht, Joseph) (Entered: 03/10/2008) |
| 03/11/2008 | 9 | RESPONSE in Support re 5 MOTION to Dismiss *for Failure to State a Claim and for Failure to Plead Properly and Memorandum in Support Thereof filed by* |

| | | |
|---|---|---|
| | | *Total Impact Services, Inc.*. (Attachments: # 1 Text of Proposed Order)(Barbknecht, Joseph) (Entered: 03/11/2008) |
| 03/26/2008 | 10 | MOTION to Withdraw *Plaintiff Total Impact Services, Inc's Motion to Dismiss* by Total Impact Services, Inc.. (Attachments: # 1 Text of Proposed Order)(Barbknecht, Joseph) (Entered: 03/26/2008) |
| 03/26/2008 | 11 | MOTION for Leave to File *Amended Complaint and Brief in Support of Motion for Leave* by Total Impact Services, Inc.. (Attachments: # 1 Plaintiff's First Amended Complaint# 2 Text of Proposed Order) (Barbknecht, Joseph) (Entered: 03/26/2008) |
| 03/26/2008 | 12 | MOTION for Extension of Time to File Response/Reply *Defendant's Motion to Dismiss for Failure to State a Claim and for Failure to Plead Properly and Brief in Support of Same* by Total Impact Services, Inc.. (Attachments: # 1 Text of Proposed Order)(Barbknecht, Joseph) (Entered: 03/26/2008) |
| 03/27/2008 | 13 | ORDER granting 10 Motion to Withdraw Plaintiff Total Impact Services, Inc.'s Motion to Dismiss. Plaintiff Total Impact Services, Inc.'s 8 MOTION to Dismiss Without Prejudice is hereby WITHDRAWN. Signed by Judge Michael H. Schneider on 3/27/2008. (baf, ) (Entered: 03/27/2008) |
| 03/27/2008 | 14 | ORDER granting 11 Motion for Leave to File Amended Complaint. Signed by Judge Michael H. Schneider on 3/27/2008. (baf, ) (Entered: 03/27/2008) |
| 03/27/2008 | 15 | AMENDED COMPLAINT against Office Max Inc, filed by Total Impact Services, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(baf, ) (Entered: 03/27/2008) |
| 03/27/2008 | 16 | ORDER denying 5 Motion to Dismiss for Failure to State A Claim and for Failure to Plead. Signed by Judge Michael H. Schneider on 3/27/2008. (baf, ) (Entered: |

| | | 03/27/2008 |
|---|---|---|
| 03/27/2008 | 17 | ORDER DENYING AS MOOT 12 Motion for Extension of Time to File Response/Reply. Signed by Judge Michael H. Schneider on 3/27/2008. (baf, ) (Entered: 03/27/2008) |
| 04/18/2008 | 18 | ORDER TO MEET, REPORT AND APPEAR AT SCHEUDLING CONFERENCE - Scheduling Conference set for 5/15/2008 at 10:30 AM in Ctrm 208 (Sherman) before Judge Michael H. Schneider.,Rule 26 Meeting Joint Report due by 5/8/2008. Signed by Judge Michael H. Schneider on 4/17/2008. (baf, ) (Entered: 04/18/2008) |
| 04/18/2008 | 19 | AMENDED ANSWER to 15 Amended Complaint by Office Max Inc. (Hawkins, Tiffany) (Entered: 04/18/2008) |
| 04/25/2008 | 20 | NOTICE by Total Impact Services, Inc. (Barbknecht, Joseph) (Entered: 04/25/2008) |
| 05/07/2008 | 22 | APPLICATION to Appear Pro Hac Vice by Matthew J. Straub (FEE PAID). (baf, ) (Entered: 05/08/2008) |
| 05/07/2008 | 23 | APPLICATION to Appear Pro Hac Vice by Randolph E. Ruff (FEE PAID). (baf, ) (Entered: 05/08/2008) |
| 05/08/2008 | 21 | MOTION to Withdraw as Attorney *Tiffany Lee Hawkins and Scott Shanes of the law firm of Strasburger & Price, LLP*, MOTION to Substitute Attorney *Russell T. Brown, Randolph E. Ruff, and Matthew J. Straub of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C* by Office Max Inc. (Attachments: # 1 Text of Proposed Order)(Hawkins, Tiffany) (Entered: 05/08/2008) |
| 05/09/2008 | 24 | ***DEFICIENT DOCUMENT - ATTORNEY MUST REFILE***NOTICE of Attorney Appearance by Matthew J Straub on behalf of Office Max Inc (Straub, Matthew) Modified on 5/12/2008 (baf, ). (Entered: 05/09/2008) |
| | | |

| 05/09/2008 | 25 | REPORT of Rule 26(f) Planning Meeting. (Straub, Matthew) Additional attachment(s) added on 5/13/2008 (baf, ). (Entered: 05/09/2008) |
| 05/12/2008 | 26 | ***DEFICIENT DOCUMENT - ATTORNEY MUST REFILE***NOTICE of Attorney Appearance by Randolph E Ruff on behalf of Office Max Inc (Ruff, Randolph) Modified on 5/12/2008 (baf, ). (Entered: 05/12/2008) |
| 05/12/2008 | | NOTICE of Deficiency regarding the NOTICE OF ATTORNEY APPEARANCE submitted DKT #26 - NO CERTIFICATE OF SERVICE. Correction should be made by ONE BUSINESS DAY (baf, ) (Entered: 05/12/2008) |
| 05/12/2008 | | NOTICE of Deficiency regarding the NOTICE OF ATTORNEY APPEARANCE submitted DKT #24 - NO CERTIFICATE OF SERVICE. Correction should be made by ONE BUSINESS DAY (baf, ) (Entered: 05/12/2008) |
| 05/13/2008 | 27 | ***CORRECTED DOCUMENT REPLACES DOCUMENT #26 WHICH WAS FILED IN ERROR***NOTICE of Attorney Appearance by Randolph E Ruff on behalf of Office Max Inc (Ruff, Randolph) Modified on 5/13/2008 (baf, ). (Entered: 05/13/2008) |
| 05/13/2008 | 28 | ***CORRECTED DOCUMENT REPLACES DOCUMENT #24 WHICH WAS FILED IN ERROR***NOTICE of Attorney Appearance by Matthew J Straub on behalf of Office Max Inc (Straub, Matthew) Modified on 5/13/2008 (baf, ). (Entered: 05/13/2008) |
| 05/15/2008 | 29 | Minute Entry for proceedings held before Judge Michael H. Schneider : Scheduling Conference held on 5/15/2008. (Court Reporter Jan Mason.) (lgp, ) (Entered: 05/15/2008) |

| 05/16/2008 | 30 | ORDER SETTING SCHEDULING CONFERENCE, SETTING DEADLINES FOR ADDITIONAL BRIEFING, AND REQUIRING FORMER COUNSEL TO SHOW CAUSE. ORDER granting 21 Motion to Withdraw as Attorney. Attorney Tiffany Lee Hawkins terminated; granting 21 Motion to Substitute Attorney. Tiffany Lee Hawkins is to appear at the 6/5/08 Scheduling Conference. Amended Joint Discovery/Case Management Plan due 5/27/08. Parties to submit briefs on or before 5/27/08. Signed by Judge Michael H. Schneider on 5/15/2008. (pad, ) (Entered: 05/16/2008) |
| --- | --- | --- |
| 05/16/2008 | | Set Hearings: Scheduling Conference set for 6/5/2008 03:30 PM in Tyler before Judge Michael H. Schneider. (pad, ) (Entered: 05/16/2008) |
| 05/23/2008 | 31 | BRIEF filed *Brief on Venue* by Total Impact Services, Inc.. (Barbknecht, Joseph) (Entered: 05/23/2008) |
| 05/23/2008 | 32 | RESPONSE TO ORDER TO SHOW CAUSE by Office Max Inc. (Attachments: # 1 Exhibit A - Verification of Tiffany L. Hawkins,, # 2 Exhibit B - Declaration of Jeffrey D. Neumeyer,, # 3 Exhibit C - Declaration of Michael M. Dingel,, # 4 Exhibit D - Correspondence,, # 5 Exhibit E - Correspondence & Proposed Case Management Plan,, # 6 Exhibit F - Declaration of Matthew Straub, and, # 7 Exhibit G - Email Correspondence)(Hawkins, Tiffany) (Entered: 05/23/2008) |
| 05/27/2008 | 33 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Exhibit A)(Straub, Matthew) (Entered: 05/27/2008) |
| 05/27/2008 | 34 | BRIEF filed *Relating to Venue* by Office Max Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Straub, Matthew) (Entered: 05/27/2008) |
| 06/02/2008 | 35 | NOTICE of Attorney Appearance by Kristi Lynne Kautz on behalf of Total Impact Services, Inc. (Kautz, Kristi) |

| | | (Entered: 06/02/2008) |
|---|---|---|
| 06/03/2008 | 36 | NOTICE of Designation of Attorney in Charge to Randolph E Ruff on behalf of Office Max Inc (Ruff, Randolph) (Entered: 06/03/2008) |
| 06/03/2008 | 37 | ORDER re 32 Response to Order to Show Cause, filed by Office Max Inc. After review, the Court determines that sanctions are not appropriate in this case. Therefore, the Court lifts its order for Ms. Hawkins to appear at the 6/5/2008, scheduling conference, and considers the issue closed. Signed by Judge Michael H. Schneider on 6/3/2008. (baf, ) (Entered: 06/03/2008) |
| 06/04/2008 | 38 | ORDER TRANSFERRING CASE - It is ORDERED that this case be TRANSFERRED to the Northern District of Illinois. It is further ORDERED that the scheduling conference set for 6/5/2008 at 3:30 p.m. is hereby CANCELLED. Signed by Judge Michael H. Schneider on 6/4/2008. (baf, ) (Entered: 06/04/2008) |
| 06/25/2008 | | Interdistrict transfer to the Northern District of Illinois. Mailed certified copes of the order of transfer, docket sheet and Notice of Removal with transfer letter. (baf, ) (Entered: 06/25/2008) |

**F I L E D**

JUL 0 1 2008   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| TOTAL IMPACT SERVICES, INC. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:08-cv-62 |
| | § | |
| OFFICE MAX, INC. | § | |

## ORDER TRANSFERRING CASE

On May 15, 2008, this Court held a Scheduling Conference in the above entitled matter. During that conference, the Court questioned whether the Eastern District of Texas was the proper venue for this case. The Court subsequently scheduled a second scheduling conference and ordered the parties to submit briefs addressing the venue issue. (Doc. No. 30). Both parties have submitted their briefs (Doc. Nos. 31 & 34). After reviewing the same, the Court finds that, for the reasons stated in Defendant's brief regarding venue and after carefully considering all the factors in this case as required by 28 U.S.C. § 1404(a), this case should be transferred to the Northern District of Illinois.

While venue is proper in the Eastern District of Texas, it is not the most appropriate forum for this action. The Court is satisfied that the considerations of convenience to the parties and the interest of justice warrant the transfer of this case to the Northern District of Illinois.

It is therefore ORDERED that the above entitled case be TRANSFERRED to the Northern District of Illinois.

A TRUE COPY I CERTIFY
DAVID J. MALAND CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

By:

08CV3748
JUDGE ANDERSEN
MAGISTRATE JUDGE DENLOW

It is further ORDERED that the scheduling conference set for June 5, 2008, at 3:30

p.m. is hereby CANCELLED.

So ORDERED.

**SIGNED this 4th day of June, 2008.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

2

*KJ*

# FILED

JUL 0 1 2008    Nϝ

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| TOTAL IMPACT SERVICES, INC. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:08CV62 |
| | § | |
| OFFICE MAX, INC. | | 08CV3748 |
| | | JUDGE ANDERSEN |
| DEFENDANT. | | MAGISTRATE JUDGE DENLOW |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, OfficeMax North America, Inc. (formerly OfficeMax, Inc.) ("OfficeMax"), Defendant in the above-referenced matter, and files this, its Notice of Removal to the United States District Court for the Eastern District of Texas, Sherman Division, in accordance with 28 U.S.C. § 1446(a) and would respectfully show the Court as follows:

### I.

### INTRODUCTION

1.      OfficeMax is the Defendant in a civil action originally filed on January 22, 2008, in the 416th Judicial District Court of Collin County, Texas, Cause No. 416-258-08, entitled *Total Impact Services, Inc. v. Office Max, Inc.* (attached hereto as **Exhibit B** in accordance with Local Rule 81(c)(2)). OfficeMax was served with the Petition and with the citation on February 1, 2008 (attached hereto as **Exhibit B** in accordance with Local Rule 81(c)(2)). This Notice of Removal is filed within thirty (30) days after OfficeMax was served with copies of the Petition and citation, as required by 28 U.S.C. § 1446(b).

A TRUE COPY I CERTIFY
DAVID J. MALAND CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By:

See also *Murphy Brothers, Inc. v. Machetti Pipe Stringing, Inc.*, 526 U.S. 344, 119 S. Ct. 1332 (1999) (thirty-day removal period begins to run after formal service). Accordingly, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

2.    To the knowledge of OfficeMax, no further proceedings have occurred in the state court action.

## II.

## GROUNDS FOR REMOVAL

3.    OfficeMax removes this case based on diversity jurisdiction pursuant to 28 U.S.C. § 1332.

4.    At the present time and upon commencement of the state court action, upon information and belief, Plaintiff is incorporated under the laws of the state of Florida with its principal place of business either in the state of Texas or in the state of Florida.

5.    At the present time and upon commencement of the state court action, OfficeMax is incorporated under the laws of the state of Ohio with its principal place of business in the state of Illinois.

6.    Complete diversity exists between Plaintiff and OfficeMax.

7.    As alleged in Plaintiff's Petition, Plaintiff seeks to recover from OfficeMax damages in excess of $75,000, exclusive of interests and costs.

## III.

## NOTICE OF FILING OF NOTICE OF REMOVAL

8.    Upon filing of the Notice of Removal, written notice of the filing shall be forwarded to all parties of record in accordance with 28 U.S.C. § 1446(d). Notice of

Filing of Notice of Removal to the United States District Court for the Eastern District of Texas, Sherman Division will be sent to the Clerk of the Court upon receipt of proof of filing of these removal documents in accordance with 28 U.S.C. § 1446(d).

IV.

## REQUIRED FORM OF DOCUMENTS TO BE FILED AS EXHIBITS

9.    In accordance with Local Rule 81(c)(1), a list of all parties in this case, their party type, and current status of the removed case is attached hereto as **Exhibit A**. In accordance with Local Rule 81(c)(2), a civil cover sheet and certified copy of the state court docket sheet; a copy of all pleadings that assert causes of actions; all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this Court are attached as **Exhibit B**. In accordance with Local Rule 81(c)(3), a complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number, and party or parties represented by him/her is attached as **Exhibit C**.    Because none of the Parties has requested a trial by jury, no record of which party has requested a jury trial is attached as required by Local Rule 81(c)(4). In accordance with Local Rule 81(c)(5), the name and address of the court from which the case is being removed is attached as **Exhibit D**.

WHEREFORE, PREMISES CONSIDERED, Defendant OfficeMax North America, Inc. (formerly OfficeMax, Inc.) removes this action from the 416th Judicial District Court of Collin County, Texas to this Court, on this 21st day of February, 2008.

Respectfully submitted,

**SCOTT A. SHANES**
STATE BAR NO.  00784953
**TIFFANY HAWKINS**
STATE BAR NO.  24050734
**STRASBURGER & PRICE, LLP**
2801 NETWORK BOULEVARD, SUITE 600
FRISCO, TEXAS 75034
469.287.3900
469.287.3999 Fax

**ATTORNEYS FOR DEFENDANT
OFFICEMAX NORTH AMERICA, INC.
(FORMERLY OFFICEMAX, INC.)**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to counsel of record on this the 21st day of February 2008 as follows:

Joseph A. Barbknecht      **(Via CM/RRR)**
Nicole Hunt
The Barbknecht Firm, P.C.
500 North Central Expressway, Suite 325
972-312-1510
972-312-1511 (fax)
**Counsel for Plaintiff**

_____
**TIFFANY L. HAWKINS**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **TOTAL IMPACT SERVICES, INC.** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.** _____ |
| | § | |
| **OFFICE MAX, INC.** | § | |
| | § | |
| **DEFENDANT.** | § | |
| | § | |

## EXHIBIT A TO NOTICE OF REMOVAL

## LISTING OF PARTIES, PARTY TYPE & CURRENT STATUS

*Plaintiff*:

    Total Impact Services, Inc.

*Defendants*:

    OfficeMax North America, Inc. (formerly OfficeMax, Inc.)

*Current Status*:

    PENDING

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **TOTAL IMPACT SERVICES, INC.** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **OFFICE MAX, INC.** | § | |
| | § | |
| **DEFENDANT.** | § | |
| | § | |

## EXHIBIT B TO NOTICE OF REMOVAL

1.    Civil Cover Sheet

2.    Certified Copy of the State Court Docket Sheet

3.    Plaintiff's Original Petition

4.    Service of Process Served Upon Defendant

# EXHIBIT B1

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

TOTAL IMPACT SERVICES, INC.

### DEFENDANTS

OFFICE MAX NORTH AMERICA, INC. (formerly Office Max, Inc.)

**(b)** County of Residence of First Listed Plaintiff   Collin County, TX
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Incorporated in Ohio Principle Place of Business in Illinois
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Joseph Barbknecht, Nicole Hunt, The Barbknecht Law Firm, P.C., 500 North Central Expressway, Suite 325, Plano, TX 75074, 972-312-1510

Attorneys (If Known)

Scott Shanes , Tiffany Hawkins, STRASBURGER & PRICE. L.L.P. 2801 Network Blvd., Suite 600, Frisco, Texas 75034, 469-287-3900

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☒ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC, Section 1332

Brief description of cause:
Suit on Account

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)   JUDGE _____   DOCKET NUMBER _____

DATE   2/21/08

SIGNATURE OF ATTORNEY OF RECORD   *T Hawkins*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# EXHIBIT B2

# C I V I L   D O C K E T

| Number Of Case | NAMES OF PARTIES | ATTORNEYS | King of Action |
|---|---|---|---|
| 416-00258-08 | TOTAL IMPACT SERVICES INC | JOSEPH BARKRKNECHT | ACCTS-CONTRS-NOTES |
| | | 500 N. CENTRAL EXPWY, #325 | |
| **DATE OF FILING** | | ATRIUM AT COLLIN RIDGE | Plaintiff |
| Month Day Year | VS. | PLANO, TX 75074 972-312-1510 F: 972-312-1511 | |
| 01 | 22 | 08 | OFFICE MAX INC | | |
| **Jury Fee:** | | | |
| | | | Defendant |
| Paid by: | | | |
| **DATE OF ORDERS** | | | |
| Month Day Year | ORDERS OF COURT | | PROCESS |

# EXHIBIT B3

CAUSE NO. *416-258-08*

| | | |
|---|---|---|
| TOTAL IMPACT SERVICES, INC | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| | § | COLLIN COUNTY, TEXAS |
| | § | |
| VS. | § | |
| | § | |
| OFFICE MAX, INC. | § | *416* JUDICIAL DISTRICT |

---

### PLAINTIFF'S ORIGINAL PETITION

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

    Total Impact Services, Inc., ("Plaintiff") brings this action complaining of Office Max, Inc. ("Defendant") and would respectfully show unto the court the following:

### I.

### LEVEL 2

    **1.01**  Plaintiff affirmatively pleads that it seeks monetary relief in the amount of $294,339.20 from Defendant Office Max, Inc.

    **1.02**   Plaintiff requests a Level 2 Discovery Control Plan.

### II.

### PARTIES

    **2.01**  Plaintiff is an entity doing business in Plano, Collin County, Texas.

    **2.02**  Defendant Office Max, Inc. is an entity doing business in Plano County, Texas who may be served by serving its registered agent, CT Corp System, 350 N. St. Paul Street, Dallas, Texas 75201.

**FILED**

---

**PLAINTIFF'S ORIGINAL PETITION**
K:\Total Impact Services\Litigation - Office Max\Original Complaint.wpd

08 JAN 22  PM 12: 59

**PAGE 1**

HANNAH KUNKLE
DISTRICT CLERK
COLLIN COUNTY, TEXAS

## III.

## VENUE

**3.01** The amount in controversy exceeds the minimum jurisdictional limits of this Court. Additionally, Collin County, Texas is in the county of Plaintiff's principal place of business and where Plaintiff resided at the time of the accrual of the cause of action. Venue is proper in Collin County, Texas pursuant to Tex. Civ. Prac. & Rem. Code §15.002 (4).

## IV.

## FACTS

**4.01** Plaintiff Total Impact Services, Inc. provided various services to Defendant Office Max, Inc. between September 27, 2006 and November 7, 2006.

**4.02** Such services were performed upon the request of Defendant Office Max, Inc. at stores owned by Defendant Office Max, Inc. and for Defendant Office Max, Inc.'s benefit.

**4.03** Defendant Office Max failed to pay for such services.

## V.

## CAUSES OF ACTION

**5.01** Plaintiff Total Impact Services, Inc. brings this lawsuit as a suit on a sworn account under Tex. R. Civ. P. 185.

**5.02** Defendant Office Max, Inc. requested Plaintiff Total Impact Services, Inc. to perform services including the remodels of various OfficeMax Stores.

**5.03** Plaintiff Total Impact Services, Inc. performed these services for the benefit of Defendant Office Max, Inc.

---

**PLAINTIFF'S ORIGINAL PETITION**                                    **PAGE 2**
*K:\Total Impact Services\Litigation - Office Max\Original Complaint.wpd*

**5.04**    The prices charged for such services were just and true because they were the usual, customary, and reasonable prices.

**5.05**    All lawful offsets, payments, and credits have been applied to the account.

**5.06**    The account remains unpaid.

**5.07**    The damages are liquidated.

**5.08**    This petition has been filed by the Plaintiff under oath.  Please See **EXHIBIT A**, *Affidavit of Plaintiff's Agent*.

## VI.

## SYSTEMATIC RECORD OF THE TRANSACTION

**6.01**    Attached and incorporated fully herein are two invoices listing the exact services performed and method for determining the total amount due for each service. Please See **EXHIBIT B**, *Invoice dated 12/29/2006* and **EXHIBIT C**, *Invoice dated 2/23/2007*.

## VII.

## DAMAGES

**7.01**    Plaintiff has sustained actual damages in the amount of $294,339.20.

**7.02**    Plaintiff also seeks court costs and reasonable and necessary attorney fees.

**7.03**    Plaintiff has sustained damages in excess of the minimum jurisdictional limits of the Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein, and that after trial of this case, Plaintiff have judgment of Defendant for all damages as proven and for both pre-judgment and post-judgment interest

---

and for such other and further relief, both at law and in equity, to which it is justly entitled
and will ever pray.

Respectfully submitted,

Joseph A. Barbknecht
State Bar No. 01718400

Nicole Hunt
State Bar No. 24053277

THE BARBKNECHT FIRM, P.C.
500 North Central Expressway, Suite 325
Plano, Texas 75074
(972) 312-1510
(972) 312-1511 facsimile
**ATTORNEYS FOR PLAINTIFF**

---

**PLAINTIFF'S ORIGINAL PETITION**                                    **PAGE 4**
*K:\Total Impact Services\Litigation - Office Max\Original Complaint.wpd*

CAUSE NO:

| TOTAL IMPACT SERVICES, INC | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| | § | |
| | § | COLLIN COUNTY, TEXAS |
| | § | |
| VS. | § | |
| | § | |
| OFFICE MAX, INC. | § | _____ JUDICIAL DISTRICT |

## AFFIDAVIT OF PLAINTIFF'S AGENT

BEFORE ME, the undersigned authority, personally appeared Kris Schutzmaier, who being by me duly sworn upon his oath, deposed and swore as follows:

1. "My name is Kris Schutzmaier. I am capable of making this affidavit. I am a citizen of Texas over the age of 18 and have no disabilities as to testifying in court. The facts contained in this affidavit are true and correct and based on my personal knowledge.

2. I am an agent of Total Impact Services, Inc.

3. The facts of this Petition are true.

4. The claim is within my knowledge.

5. The claim is just and true.

6. The account is due.

7. All just and lawful offsets, payments, and credits have been allowed.

8.    The exact amount of $294,339.20 is due.  Based upon my personal

knowledge."

_____
Kris Schutzmaier

    SWORN TO AND SUBSCRIBED TO before me, the undersigned authority, by the
said Kris Schutzmaier on the ___15th___ day of ___January___, 2008.

NOTARY PUBLIC IN AND FOR
THE STATE OF _Texas_

{seal}

OLGA BARRIO
MY COMMISSION EXPIRES
APRIL 15, 2010

_Olga Barrio_
NOTARY'S PRINTED NAME

My commission expires:

___4/15/2010___

# EXHIBIT B4

# THE BARBKNECHT FIRM

A Professional Corporation
ATTORNEYS AND COUNSELORS
Atrium at Collin Ridge
500 North Central Expressway, Suite 325
Plano, Texas 75074
Telephone (972) 312-1510
Fax (972) 312-1511
www.TheBFirm.com

February 14, 2008

**BY REGULAR MAIL**
Collin County District Clerk, Civil Division
2100 Bloomdale Rd., Suite 10353
McKinney, TX 75071

      Re:   *Total Impact Services v. Office Max, Inc.*
          Our File No.:  20090.01

Dear Court Clerk:

    Attached is an executed original Citation for Personal Service, along with a copy, served on C.T. Corp System for Office Max, Inc. Please return a file-stamped copy of the Citation in the enclosed self-addressed, stamped envelope.

    Should you have any questions or run into a problem with this filing, please contact me at the number above.

                  Sincerely,

                  Leslie J. Fuxan,
                  Paralegal

/ljf
Enclosures

FILED

2008 FEB 20   AM 9: 41

HANNAH KUHKEL
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY_____ DEPUTY

008351

## THE STATE OF TEXAS

**TO:** OFFICE MAX, INC. BY SERVING CT CORP SYSTEM
1950 N. ST. PAUL STREET
DALLAS TX 75201

_____
Defendant, Greetings:

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.'

You are hereby commanded to appear by filing a written answer to Plaintiff's
ORIGINAL                              Petition at or before ten o'clock A.M. on the
Monday next after the expiration of twenty days after the date of service of this
citation before the Honorable District Court 416 th Judicial District of Collin
County, Texas at the Courthouse of said County in McKinney, Texas.

Said Plaintiff's Petition was filed in said court, by JOSEPH BARRENECHT
(attorney for Plaintiff or Plaintiff), whose

address is 500 N. CENTRAL EXPWY. #325, PLANO, TX 75074-0000    (972)312-1510

On the 22ND day of JANUARY    A.D. 2008 .    In this case, numbered 416-00258-08
the docket of said court, and styled,

**VS.**

TOTAL IMPACT SERVICES INC
_____ Plaintiff

OFFICE MAX INC
_____ Defendant

The nature of Plaintiff's demand is fully shown by a true and correct copy of
Plaintiff's ORIGINAL                              Petition accompanying this citation
and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements
of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at McKinney, Texas, this 23RD
" of JANUARY    A.D. 2008 .

(SEAL)

HANNAH KUNKLE
CLERK OF THE COURT
DISTRICT CLERK
P.O. BOX 578
COLLIN COUNTY COURTHOUSE
MCKINNEY, TEXAS 75069

Attest:    HANNAH KUNKLE
CLERK, DISTRICT COURTS
COLLIN COUNTY, TEXAS

BY: _____ ,Deputy

416-00258-08

185 - K8 - DC

---

FILE NO. 416-00258-08

## CITATION
## FOR PERSONAL SERVICE
(District Court)

IN THE 416    DISTRICT COURT
COLLIN COUNTY TEXAS

TOTAL IMPACT SERVICES INC .

**VS.**

OFFICE MAX INC

ISSUED THIS
23RD DAY OF JANUARY 2008.

HANNAH KUNKLE
By: SHEILA SCHOPMEYER                        Deputy

**SERVICE FILED**

FILED
2008 FEB 20  AM 9:
HANNAH KUNKLE
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY

The law prohibits the Judge and
the clerks from giving legal
advice so, PLEASE DO NOT SEEK
SUCH ADVICE.
ANY QUESTIONS YOU HAVE SHOULD BE
DIRECTED TO AN ATTORNEY.

Citation for Personal Service/DP/1992

# SHERIFF'S RETURN

JAN 3 1 2008

Came to hand on the _____ day of _____, 20 _____, at _1:59_ o'clock _P_ M., and executed in

_Dallas_ County, Texas, by delivering to the within named Respondent/Defendant, to-wit:

_Office Max, Inc_, at _8:30_ o'clock _A_ M., _Feb 1_, 20 _08_,

_% C.T. Corp. Syst_, at _____ o'clock _____ M., _____, 20_____,

_Registered Agent_, at _____ o'clock _____ M., _____, 20_____,

_____, at _____ o'clock _____ M., _____, 20_____,

each, in person, a true copy of this instrument with a true and correct copy of the document attached thereto having first endorsed
on such copy of said instrument the date of delivery.    **delivering to the register**...........................

C.T. Corporation, at 350 North St. Paul, 26th floor

[ ]  Not executed. The diligence used in finding defendant being Dallas County Dallas, Texas............

delivered to: _Elisha Zdman_

[ ]  Information received as to the whereabouts of defendant being _____

Total Fees . . . . . . . . . . . $_____

Sheriff / Constable / District Clerk

_____ County, Texas

By _____, Deputy

DERICK EVANS, CONSTABLE
Dallas County, Precinct 1

** Service by Rule 106 TRC if directed by attached Court Order
© TDCA2003

## VERIFICATION OF RETURN (IF NOT SERVED BY PEACE OFFICER)

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, this _____ day of

_____, 20_____.

_____

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **TOTAL IMPACT SERVICES, INC.** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **OFFICE MAX, INC.** | § | |
| | § | |
| **DEFENDANT.** | § | |
| | § | |

**EXHIBIT C TO NOTICE OF REMOVAL**

**LIST OF ALL COUNSEL OF RECORD**

**COUNSEL FOR PLAINTIFF:**
Joseph A. Barbknecht
Texas Bar No. 01718400
Nicole Hunt
Texas Bar No. 24053277
The Barbknecht Firm, P.C.
500 North Central Expressway, Suite 325
972-312-1510
972-312-1511 Fax

**COUNSEL FOR DEFENDANT:**
Scott A. Shanes
Texas Bar No. 00784953
scott.shanes@strasburger.com
Tiffany Hawkins
tiffany.hawkins@strasburger.com
Texas Bar No. 24050734
Strasburger & Price, LLP
2801 Network Boulevard, Suite 600
Frisco, Texas 75034
469.287.3900
469.287.3999 Fax

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **TOTAL IMPACT SERVICES, INC.** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.** _____ |
| | § | |
| **OFFICE MAX, INC.** | § | |
| | § | |
| **DEFENDANT.** | § | |
| | § | |

**EXHIBIT D TO NOTICE OF REMOVAL**

**NAME & ADDRESS OF COURT FROM WHICH THE CASE IS BEING REMOVED**


*COURT AND JUDGE*
   The Honorable Chris Oldner
   416th Judicial District Court of Collin County
   2100 Bloomdale Rd.
   McKinney, TX 75071
   972-424-1460 ext. 4520

*CLERK:*
   Hannah Kunkle, District Clerk
   2100 Bloomdale Rd., Suite 10353
   McKinney, TX 75071
   972-424-1460 ext. 4320