IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOTAL IMPACT SERVICES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 08 C 03748 |
| ) | |
| OFFICE MAX INC. ) | Judge Wayne R. Andersen |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL**

Plaintiff, Total Impact Services, Inc. ("Plaintiff"), hereby moves the Court for leave to substitute the appearances of Marshall L. Blankenship and Paul E. Lehner of the law firm of Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C. as its counsel of record in this matter. In support of this motion, Plaintiff states:

1. Plaintiff initially filed this action in Texas state court. Plaintiff is presently represented in this matter by Joseph Barbknecht and Kristi Kautz of The Barbknecht Firm, a law firm based in Plano, Texas.

2. The defendant removed this case to the Eastern District of Texas and moved to transfer venue of the action to this District. That motion was granted and the case was received in this District on July 1, 2008.

3. Since Barbknecht and Kautz reside in Texas, they will no longer be able to efficiently represent Plaintiff now that the action has been transferred to Illinois. Accordingly, Plaintiff has retained Blankenship and Lehner to take over its representation and Plaintiff desires to have Blankenship and Lehner appear in this matter on its behalf. Blankenship and Lehner are members the bar of this Court and of this Court's Trial Bar.

WHEREFORE, plaintiff, Total Impact Services, Inc., requests this Court enter an order: (1) granting leave to Joseph Barbknecht and Kristi Kautz to withdraw their appearances on behalf of Plaintiff in this matter; and (2) granting leave to Marshall L. Blankenship and Paul E. Lehner to file their appearances on behalf of Total Impact Services, Inc. in this matter.

        Respectfully submitted,

/s/ Paul E. Lehner
One of the attorneys for plaintiff, Total Impact Services, Inc.

Marshall L. Blankenship
Paul E. Lehner
Adducci, Dorf, Lehner, Mitchell
 & Blankenship, P.C.
150 North Michigan Avenue
Suite 2130
Chicago, Illinois 60601
(312)781-2800

2