IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TOTAL IMPACT SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 03748 |
| | ) | |
| OFFICE MAX INC., | ) | Judge Wayne R. Andersen |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: Matthew James Straub
Randolph E. Ruff
Ogletree Deakins Nash Smoak & Stewart, P.C.
Two First National Plaza
20 South Clark Street, 25th Floor
Chicago, IL  60603

Russell Brown
Ogletree Deakins Nash Smoak & Stewart, P.C.
8117 Preston Road
700 Preston Commons
Dallas, TX  75225

Joseph Barbknecht
Kristi Kautz
The Barbknecht Firm
500 North Central Expressway, Suite 325
Plano, TX  75074

PLEASE TAKE NOTICE that, on July 31, 2008 at 9:00 a.m., we shall appear before the Honorable Wayne R. Andersen in Room 1403 at the Dirksen Federal Building, Chicago, Illinois, and then and there present Plaintiff's Motion to Substitute Counsel, a copy of which is attached hereto.

TOTAL IMPACT SERVICES, INC.

By  /s/ Paul E. Lehner
One of Its Attorneys

Marshall L. Blankenship  
Paul E. Lehner  
Adducci, Dorf, Lehner, Mitchell  
  & Blankenship, P.C.  
150 N. Michigan Avenue, Suite 2130  
Chicago, Illinois  60601  
312/781-2800

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiff, Total Impact Services, Inc., certifies that on July 24, 2008 he caused a copy of the foregoing Notice of Motion and Motion to Substitute Counsel to be served electronically via the Court's ECF system and by facsimile transmission to:

> Matthew James Straub
> Randolph E. Ruff
> Ogletree Deakins Nash Smoak & Stewart, P.C.
> Two First National Plaza
> 20 South Clark Street, 25th Floor
> Chicago, IL 60603
> (Fax) 312/807-3619
>
> Russell Brown
> Ogletree Deakins Nash Smoak & Stewart, P.C.
> 8117 Preston Road
> 700 Preston Commons
> Dallas, TX 75225
> (Fax) 214/987-3927
>
> Joseph Barbknecht
> Kristi Kautz
> The Barbknecht Firm
> 500 North Central Expressway, Suite 325
> Plano, TX 75074
> (Fax) 972/312-1511

/s/ Paul E. Lehner