## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Total Impact Services, Inc.
                            Plaintiff,

v.                                                   Case No.: 1:08–cv–03748
                                                       Honorable Wayne R. Andersen

Office Max Inc.
                            Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Plaintiff's motion to substitute attorney [41] is granted. Joseph Barbknecht and Kristi Kautz is given leave to withdraw their appearances. Marshall L. Blankenship and Paul E. Lehner are given leave to file their appearances. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.